United States District Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HEIDI CHRISTINE WOODSUM, | ) |
|             Plaintiff, | ) CIVIL NO. 3:16-cv-05219-RAJ |
| vs. | ) ~~PROPOSED~~ ORDER FOR EAJA FEES, COSTS AND EXPENSES |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | ) |
|             Defendant. | ) |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney's fees in the total amount of $8,863.28 (which is for work performed by Jeffrey Baird in the amount of $7,109.89 plus work performed by Elie Halpern in the amount of $1,753.39) and expenses in the amount of $7.55 (for postage) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount of $38.40 (for photocopies) pursuant to 28 U.S.C. § 1920; 31 U.S.C. § 1304(a), shall:

1. Be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 560 U.S. 586; 130 S. Ct. 2521 (2010) and delivered via check to Plaintiff's counsel, Elie Halpern, at his office at Halpern Olivares PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, *WA 98502; however,*

ORDER FOR EAJA FEES, COSTS AND EXPENSES - 1

Halpern Olivares PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
Attorney

2. If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Elie Halpern, and delivered via check to Mr. Halpern's office at Halpern Olivares PLLC, 1800 Cooper Pt. Road SW, Bldg. 19, Olympia, WA 98502.

DATED this 6th day of June, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER FOR EAJA FEES, COSTS AND EXPENSES - 2

Halpern Olivares PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055, Fax: (360) 753-8584
Attorney